United States Bankruptcy Court

Middle District of Florida

In re:                                                                                                    Case No. 22-00446-FMD

Stefan T Damianov                                                   Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 113A-2                         User: admin                            Page 1 of 3
Date Rcvd: Jul 26, 2022                  Form ID: B318                       Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stefan T Damianov, 19396 La Serena Drive, Estero, FL 33967-0525 |
| 29957195 | + | Discover Bank, c/o Capital Management Servi, PO Box 964, Buffalo, NY 14220-0964 |
| 30051099 | + | FORD MOTOR CREDIT COMPANY LLC, MOODY, JONES & INGINO, PA, 1333 S UNIVERSITY DR, STE 201,, MOODY, JONES & INGINO, PA, 1333 S UNIVER, PLANTATION, FL 33324-4001 |
| 30051098 | + | MICHAEL INGINO, MOODY, JONES & INGINO, PA, 1333 S UNIVERSITY DR, STE 201,, PLANTATION, FL 33324-4022 |
| 29957199 | + | Rhino Custom HHomes, LLC, 1317 NE 16th Pl, Cape Coral, FL 33909-1659 |
| 29957200 | + | Rhino Custom Homes LLC, 1317 NE 16th PL, Cape Coral, FL 33909-1659 |
| 30038265 | + | TCI CONTRACTING, LLC, a Florida limited liability, 2775 Sunny Isles Blvd.,Suite 100, Miami, Fl 33160-4078 |
| 29957206 | | The Sherwin-Williams Co, c/o Richard P Joblove P.A., 12372 Southwest 82nd Ave, First Floor, Miami, FL 33156-5223 |
| 30002149 | + | The Sherwin-Williams Company, c/o Michael B. Bach, Authorized Agent, 25 Whitney Drive, Suite 106, Milford, OH 45150-8400 |
| 29957207 | + | Total Merchant Resources,LLC, c/o Richard P Joblove, P.A., 8821 Southwest 136th St, #560592, Miami, FL 33256-7531 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Jul 27 2022 01:43:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: cmecf@suncoastfcu.org | Jul 26 2022 21:46:00 | SUNCOAST, P.O. BOX 11904, ATTN: MSD001, TAMPA, FL 33680-1904 |
| 29957190 | + | Email/PDF: bncnotices@becket-lee.com | Jul 26 2022 21:56:22 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 30021220 | | Email/PDF: bncnotices@becket-lee.com | Jul 26 2022 21:55:18 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 29957191 | | EDI: TSYS2 | Jul 27 2022 01:43:00 | Barclays Bank, PO Box 8801, Wilmington, DE 19899-8801 |
| 29957192 | ^ | MEBN | Jul 26 2022 21:44:19 | Capital One, c/o MRS Associates, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 29957193 | ^ | MEBN | Jul 26 2022 21:43:56 | Cavalry SPV I, LLC, c/o Andreu Palma Lavin Solis, 815 NW 57th Ave, Suite 401, Miami, FL 33126-2363 |
| 29991836 | + | Email/Text: bankruptcy@cavps.com | Jul 26 2022 21:47:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 29957194 | + | EDI: PRA.COM | Jul 27 2022 01:43:00 | Citibank, c/o Portfolio Recovery Assoc, PO Box 12914, Norfolk, VA 23541-0914 |
| 29957196 | | EDI: IRS.COM | Jul 27 2022 01:43:00 | IRS, POB 7346, Philadelphia, PA 19101-7346 |
| 29957197 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 26 2022 21:46:00 | Midland Credit Management, 320 East Big Beaver, Suite 3, Troy, MI 48083-1238 |
| 29997622 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

| District/off: 113A-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 26, 2022 | Form ID: B318 | Total Noticed: 34 |

| Recip ID | Bypass Reason | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 26 2022 21:46:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 29957198 | | EDI: PRA.COM | Jul 27 2022 01:43:00 | Portfolio Recovery Assoc, 120 Corporate Blvd, Suite 1, Norfolk, VA 23502 |
| 30056531 | | EDI: PRA.COM | Jul 27 2022 01:43:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 29998140 | | EDI: Q3G.COM | Jul 27 2022 01:43:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 29957203 | | Email/Text: bknotice@ercbpo.com | Jul 26 2022 21:46:00 | SYNCB/ PayPal Credit, c/o ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 29957201 | + | Email/Text: cmecf@suncoastfcu.org | Jul 26 2022 21:46:00 | Suncoast Credit Union, PO Box 11904, Tampa, FL 33680-1904 |
| 29957202 | + | Email/Text: cmecf@suncoastfcu.org | Jul 26 2022 21:46:00 | Suncoast Scholls FCU, P.O. Box 11904, Tampa, FL 33680-1904 |
| 29957204 | + | Email/Text: jcissell@bankofmissouri.com | Jul 26 2022 21:46:00 | TBOM-Milestone, 216 W 2nd St, Dixon, MO 65459-8048 |
| 29957205 | + | EDI: SAPA.COM | Jul 27 2022 01:43:00 | TCI Contracting, c/o Sprechman & Fisher, P.A., 2775 Sunny Isles Blvd #100, Miami, FL 33160-4078 |
| 29957210 | | Email/Text: bankruptcy_notices@wgresorts.com | Jul 26 2022 21:46:00 | Westgate Resorts, 2801 Old Winter Garden Rd, Ocoee, FL 34761 |
| 29957208 | | EDI: WFCCSBK | Jul 27 2022 01:43:00 | Wells Fargo Bank, PO Box 51193, Los Angeles, CA 90051-5493 |
| 29957209 | | Email/Text: crdept@na.firstsource.com | Jul 26 2022 21:47:00 | Wells Fargo Bank, c/o Firstsource Advantage LL, PO Box 628, Buffalo, NY 14240-0628 |
| 30052153 | | EDI: WFCCSBK | Jul 27 2022 01:43:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 28, 2022          Signature:    /s/Gustava Winters

District/off: 113A-2 | User: admin | Page 3 of 3
Date Rcvd: Jul 26, 2022 | Form ID: B318 | Total Noticed: 34

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Luis E Rivera, II | trustee.rivera@gray-robinson.com  jodi.payne@gray-robinson.com;ecf.alert+Rivera@titlexi.com |
| Michael J Rich | on behalf of Debtor Stefan T Damianov richlawoffices@gmail.com |
| United States Trustee - FTM7/13 | USTPRegion21.TP.ECF@USDOJ.GOV |

TOTAL: 3

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Stefan T Damianov <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6035 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Florida | |
| Case number: | 2:22-bk-00446-FMD | |

# Order of Discharge                                                                                           12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Stefan T Damianov
   aka Stefan Tzvetanov Damianov

   -

   Dated: July 26, 2022         *Caryl E. Delano*
                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**